UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case Number 06-15167
                                                        Honorable David M. Lawson
                                                        Magistrate Judge Mona K. Majzoub

v.

JAMONTY C. WASHINGTON,

        Defendant,

and

CHRYSLER, LLC,

        Garnishee.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,
AND DENYING DEFENDANT'S REQUESTS FOR A HEARING**

      Presently before the Court is the report issued on March 4, 2015 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b), recommending that the Court deny the defendant's requests for a hearing. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

      Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #49] is **ADOPTED.**

It is further **ORDERED** that the defendant's requests for a hearing concerning the plaintiff's garnishment of funds from his employer [dkt. #43, 44] are **DENIED.**

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   March 24, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 24, 2015.

s/Susan Pinkowski
SUSAN PINKOWSKI
